561-15 ILE COPY

# ELECTRONIC RECORD

COA #   11-14-00215-CR                    OFFENSE: 30.02F

STYLE:  **Ernest Villa Marquez v.**
        **The State of Texas**         COUNTY:  Midland

COA DISPOSITION:   AFFIRMED          TRIAL COURT: 142nd District Court

DATE: 4/23/15          Publish: NO   TC CASE #:   CR42478

# IN THE COURT OF CRIMINAL APPEALS

STYLE:  **Ernest Villa Marquez v.**
        **The State of Texas**           CCA #: **PD-0561-15**

        _PRO SE_ Petition                CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:     DATE: _____

        _REFUSED_                        JUDGE: _____

DATE: _10/07/2015_                       SIGNED: _____      PC: _____

JUDGE: _Per Curiam_                      PUBLISH: _____      DNP: _____

-------------------------

                                         _____ MOTION FOR

                              REHEARING IN CCA IS: _____

                              JUDGE: _____

# ELECTRONIC RECORD